# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 12, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

**FILED**
*Aug 19, 2014*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

     Re:  James Perkins, et ux.
            v. Wells Fargo Bank, N.A., et al.
            No. 14-160
            (Your No. 12-4284)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 10, 2014 and placed on the docket August 12, 2014 as No. 14-160.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst